```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :       INDICTMENT
        - v. -                    :
                                  :       S2 10 Cr. 1046 (VM)
SHON NORVILLE,                    :
     a/k/a "Forty,"               :
     a/k/a "Forty Dog,"           :
     a/k/a "Shawn Norville,"      :
YOVANA DOLPHY,                    :
     a/k/a "Jova,"                :
     a/k/a "Yova,"                :
     a/k/a "Little Sister,"       :
BOLIVAR VASQUEZ-GAMBOA,           :
     a/k/a "Luis Antonio          :
           Roman,"                :
     a/k/a "Ricardo Antonio       :
           Roman,"                :
AYIND LEWIS,                      :
     a/k/a "Ayino,"               :
     a/k/a "Boom,"                :
JERED LAWRENCE,                   :
YAMPIER ODOARDO,                  :
HENRY MACHADO,                    :
ROBERT MACHADO, and               :
JAMES SUTTON,                     :
                                  :
        Defendants.               :
                                  :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/11

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2007, through and including in or about October 2010, in the Southern District of New York and elsewhere, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA,

a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of said conspiracy that SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.  The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. From at least in or about 2007, through and including in or about October 2010, in the Southern District of New York and elsewhere, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

5. It was a part and an object of the conspiracy that SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, and others known and unknown, would and did import into the United States from a place outside thereof, a controlled substance, in violation of 21 U.S.C. § 952.

6. The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 952, and 960(a)(1) & 960(b)(1)(B) of Title 21, United States Code.

(Title 21, United States Code, Section 963.)

COUNT THREE

The Grand Jury further charges:

7. From at least in or about 2007, up to and including in or about October 2010, in the Southern District of New York and elsewhere, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, together with others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 549 of Title 18 of the United States Code.

8. It was a part and an object of the conspiracy that SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio

Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, together with others known and unknown, unlawfully, willfully and knowingly, would and did without authority, remove, break, injure, and deface a customs seal and other fastening and mark placed upon a vessel, vehicle, and package containing merchandise and baggage in bond and in customs custody, in violation of Section 549 of Title 18 of the United States Code.

    9. It was a further part and an object of the conspiracy that SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, together with others known and unknown, unlawfully, willfully and knowingly, would and did maliciously enter a bonded warehouse and vessel and vehicle laden with and containing bonded merchandise with intent unlawfully to remove therefrom merchandise and baggage therein, and unlawfully remove merchandise and baggage in such vessel vehicle, and bonded warehouse, and otherwise in customs custody and control, in violation of Section 549 of Title 18 of the United States Code.

OVERT ACT

10. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York:

 a. On or about June 22, 2010, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," and AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," the defendants, traveled through Manhattan while in possession of narcotics that had been removed from a shipping container.

(Title 18, United States Code, Section 371.)

COUNT FOUR

The Grand Jury further charges:

11. From at least in or about 2007, through and including in or about October 2010, in the Southern District of New York and elsewhere, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offenses charged in Counts One and Two of this Indictment, did use and carry firearms, and, in furtherance of such crime, did possess firearms, to wit, a Sig SP Model 2340 9 millimeter handgun, and a Springfield Armory USA 45 caliber handgun, and associated ammunition.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) & 2.)

FORFEITURE ALLEGATION: COUNTS ONE AND TWO

12. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting and derived from any proceeds that the defendants obtained directly and indirectly as a result of the said violations and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, including, but not limited to a sum of money equal to all proceeds obtained as a result of the narcotics offenses.

Substitute Asset Provision

13. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

      (2) has been transferred or sold to or deposited with, a third party;

      (3) has been placed beyond the jurisdiction of the Court;

      (4) has been substantially diminished in value; or

      (5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853, 846, 970 and 963.)

### FORFEITURE ALLEGATION: COUNT THREE

      14. As a result of committing the offense alleged in Count Three of the Indictment, SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," YOVANA DOLPHY, a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister," BOLIVAR VASQUEZ-GAMBOA, a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman," AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom," JERED LAWRENCE, YAMPIER ODOARDO, HENRY MACHADO, ROBERT MACHADO, and JAMES SUTTON, the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of

the said offense.

### Substitute Asset Provision

15. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982, and
Title 28, United States Code, Section 2461.)

### FORFEITURE ALLEGATION: COUNT FOUR

16. As the result of committing the firearms offense specified in Count Three of this Indictment, defendant SHON NORVILLE, a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offense, including but not

-9-

limited to the following:

    a.    One Sig SP Model 2340 9 mm SP0025714 firearm;

    b.    One Springfield Armory USA 45 cal. US725029 firearm;

    c.    85 9mm ammo combo of ball point/flat nose bullets;

    d.    49 Wolof brand 45 caliber bullets;

    e.    31 10 millimeter bullets;

    f.    2 Black tip hollow point 9 millimeter bullets; and

    g.    20 44 caliber S&W hollow point bullets.

<u>Substitute Asset Provision</u>

    h.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461.)

/s/ _____
FOREPERSON

/s/ Preet Bharara
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SHON NORVILLE,
a/k/a "Forty," a/k/a "Forty Dog," a/k/a "Shawn Norville,"
YOVANA DOLPHY,
a/k/a "Jova," a/k/a "Yova," a/k/a "Little Sister,"
BOLIVAR VASQUEZ-GAMBOA,
a/k/a "Luis Antonio Roman," a/k/a "Ricardo Antonio Roman,"
AYIND LEWIS, a/k/a "Ayino," a/k/a "Boom,"
JERED LAWRENCE,
YAMPIER ODOARDO,
HENRY MACHADO,
ROBERT MACHADO, and
JAMES SUTTON,

Defendants.

### INDICTMENT

S2 10 Cr. 1046 (VM)

(Title 21, United States Code, Sections 846 & 963;
Title 18, United States Code, Sections 371 and 924(c)).

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

4/6/11 FILED INDICTMENT Cott, USMJ

-12-